**1314**

P. Sullivan, Asst. U. S. Atty, Miami, Fla., for plaintiff-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

W. B. Hand, Jerry A. McDowell, Hand, Arendall, Bedsole, Greaves & Johnston, Mobile, Ala., for defendant-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Charles Ray MILLER, Sr., as the father of Charles Ray Miller, Jr., a minor, Deceased, Plaintiff-Appellant,

v.

**LOUISVILLE AND NASHVILLE RAIL-ROAD COMPANY, Defendant-Appellee.**

No. 71–2311

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 12, 1971.

Borden Strickland, D. Wayne Childress, Mobile, Ala., for plaintiff-appellant.

UNITED STATES of America, Plaintiff-Appellee,

v.

**Henry TIMBROOK, Defendant-Appellant.**

No. 71–1367

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 1, 1971.

Melvyn Kessler, Miami, Fla., for defendant-appellant.

Roby Hadden, U. S. Atty., James W. Knowles, Asst. U. S. Atty., Tyler, Tex., for plaintiff-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Henry Timbrook appeals from judgment of guilty and sentence to five con-

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.